UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 4:09-CR-95-1BO

UNITED STATES OF AMERICA )
)
vs. ) ORDER CONTINUING
) SENTENCING
ANTONIO NICHOLSON, )
  Defendant. )

THIS CAUSE is before the Court on Defendant's Motion To Continue Sentencing. The motion is GRANTED and Defendant's Arraignment is rescheduled for July Term 2011 in Raleigh, North Carolina.

DONE AND ORDERED in Chambers this 4 day of May, 2011.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE,
E.D.N.C.